1 BRYAN NADDAFI, ESQ.
Nevada Bar No. 13004
2 OLYMPIA LAW, P.C.
9480 S. Eastern Avenue, Suite #257
3 Las Vegas, Nevada 89123
Telephone No. (702) 522-6450
4 Email: bryan@olympialawpc.com
5 *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLEVELAND BROWN, an individual; and SANDRA BROWN, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON, a New York State chartered trust and custody bank; BANK OF AMERICA, N.A; and ANY PERSON OR ENTITY CLAIMING ANY RIGHT, TITLE OR INTEREST IN OR TO THE PROPERTY THE SUBJECT OF THIS COMPLAINT TO QUIET TITLE,<br><br>Defendants. | CASE NO.: 2:16-cv-02777-RFB-CWH |

**STIPULATION AND ORDER EXTENDING PLAINTIFFS' DEADLINE TO RESPOND TO BANK OF AMERICA'S MOTION TO DISMISS [SECOND REQUEST]**

Pursuant to LR IA 6-1 and LR 7-1, Defendant Bank of America and Plaintiffs Cleveland Brown and Sandra Brown, hereby stipulate and agree as follows:

1. On December 5, 2016, the instant matter was removed from the Eighth Judicial District of Nevada Court and assigned to Honorable Judge Richard F. Boulware, II and Magistrate Judge Carl W. Hoffman.

2. On December 9, 2016, Defendant Bank of America filed its Motion to Dismiss (ECF No. 3).

3. On December 21, 2016 Defendant Bank of America granted Plaintiff's counsel's request to extend the time allowed for Plaintiffs to file their response to the Motion to Dismiss to December 30, 2016 (ECF No. 8).

4. The Parties hereby stipulate and agree to extend time allowed for Plaintiffs to file their response to the Motion to Dismiss to January 3, 2017. The reason for this request is to accommodate the schedule of counsel for Plaintiffs.

5. The Parties hereby stipulate to a two (2) week extension for Defendant Bank of America to file its reply to the response above the initial time allowed based on the new Opposition Date.

DATED this 30th day of December, 2016.

  /s/ BRYAN NADDAFI
BRYAN NADDAFI, ESQ.
Nevada Bar No. 13004
OLYMPIA LAW, P.C.
9480 S. Eastern Avenue, Suite #257
Las Vegas, Nevada 89123
Telephone No. (702) 522-6450
Email: bryan@olympialawpc.com
*Attorneys for Plaintiffs*

DATED this 30th day of December, 2016.

    /s/ DARREN BRENNER
DARREN BRENNER, ESQ.
Nevada Bar No. 8386
JESSE A. RANSOM, ESQ.
Nevada Bar No. 13565
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jesse.ransom@akerman.com
*Attorneys for Defendant Bank of America, N.A.*

- 2 -

**ORDER**

IT IS SO ORDERED:

The deadline for Plaintiffs to file their response to the Motion to Dismiss (ECF No. 3) is hereby extended to January 3, 2017. The deadline for Defendant Bank of America to file its reply is hereby extended two (2) weeks based on the extended deadline for Plaintiffs to file their Opposition.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 4th day of January, 2017.

Respectfully Submitted by:

     /s/ BRYAN NADDAFI
BRYAN NADDAFI, ESQ.
Nevada Bar No. 13004
OLYMPIA LAW, P.C.
9480 S. Eastern Avenue, Suite #257
Las Vegas, Nevada 89123
Telephone No. (702) 522-6450
Email: bryan@olympialawpc.com
*Attorneys for Plaintiffs*